AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. ___05- 20__

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## NOTICE OF AVAILABILITY OF A
## UNITED STATES MAGISTRATE JUDGE
## TO EXERCISE JURISDICTION

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___4/8/05___  ___[signature]___
(Date forms issued)  (Signature of Party or their Representative)

 ___Chris McGonigle___
 (Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action