UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
THE MONTGOMERY INSURANCE      :
COMPANY, as subrogee of Charles and :
Barbara Montgomery            :
                              :
         Plaintiff            :
                              :   CIVIL ACTION NO.  05-cv-204
     v.                       :
                              :
OATEY CO. and GEORGE SHERMAN  :   **JURY TRIAL DEMANDED**
CORPORATION,                  :
         Defendants           :
_____:


**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Daniel J. Luccaro, Esquire to represent Montgomery Insurance Company as subrogee of Charles and Barbara Montgomery in this matter.

                              Respectfully submitted,

                              COZEN O'CONNOR

                              /s/ Sean J. Bellew
                              SEAN J. BELLEW (DE No. 4072)
                              DAVID A. FELICE (DE No. 4090)
                              Chase Manhattan Centre
                              1201 North Market Street, Suite 1400
                              Wilmington, DE 19801
                              (302) 295-2026 (direct)
                              (302) 295-2013 (fax)
                              Attorney for Plaintiff

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is GRANTED.

Date:_____            _____
                               United States District Judge