UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE MONTGOMERY INSURANCE COMPANY, as subrogee of Charles and Barbara Montgomery : : : : Plaintiff : : : v. : : OATEY CO. and GEORGE SHERMAN CORPORATION, : : Defendants : : | CIVIL ACTION NO.  05-cv-204<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

    Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and the States of New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid either by (a) to the Clerk of the Court, or, if not previously, the fee payment will be submitted; or (b) to the Clerk's office upon the filing of this motion.

                                    COZEN O'CONNOR

                                    /s/ Daniel J. Luccaro
                                    DANIEL J. LUCCARO, ESQUIRE
                                    The Atrium, Third Floor
                                    1900 Market Street
                                    Philadelphia, PA 19103
DATED: April 8, 2005               (215) 665-2000

WILM1\28906\1 147982.000