## UNITED STATES DISTRICT COURT
## District of Delaware

| | | |
|---|---|---|
| THE MONTGOMERY INSURANCE COMPANY, as subrogee of Charles and Barbara Montgomery, | : : : | |
| Plaintiff, | : | CASE NUMBER: <u>05-204</u> |
| | : | |
| v. | : | |
| | : | |
| OATEY CO. and GEORGE SHERMAN CORPORATION, | : : | |
| Defendants. | | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the attached *Summons in a Civil Action and Complaint* was served on the 11th day of April, 2005 upon the following by Brandywine Process Servers:

George Sherman Corporation
Clay Road & Wescot Corner
Milton, DE 19968

Dated: April 22, 2005

_____
Sean J. Bellew  (DE No. 4072)

WILM1\30126\1 138507.000

# UNITED STATES DISTRICT COURT
## District of Delaware

THE MONTGOMERY INSURANCE
COMPANY, as subrogee of Charles and Barbara
Montgomery,

            Plaintiff,

     v.

OATEY CO. and GEORGE SHERMAN
CORPORATION,

            Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   0 5 -   2 0 4

**TO:**    (Name and address of Defendant)

George Sherman Corporation
Clay Road & Wescot Corner
Milton, DE 19968

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Sean J. Bellew, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 295-2011

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this

summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken

against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this

Court within a reasonable period of time after service.

**PETER T. DALLEO**
_____
CLERK

_____ APR 0 8 2005
DATE

_Evette Walker_
_____
(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(l) | 4/11/05 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| GRANVILLE MORRIS | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   SERVED ;GEORGE SHERMAN CORPORATION AT CLAY ROAD & WESCOT CORNER, MILTON, DE COPIES THEREOF WERE ACCEPTED BY: J. C. REED

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/11/05                          _____
               Date                          *Signature of Server*

BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 ofthe Federal Rules of Civil Procedure.