# UNITED STATES DISTRICT COURT
## District of Delaware

THE MONTGOMERY INSURANCE  
COMPANY, as subrogee of Charles and Barbara  
Montgomery,  
                Plaintiff,  

      v.  

OATEY CO. and GEORGE SHERMAN  
CORPORATION,  
                Defendants.

CASE NUMBER: <u>05-204</u>

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of the copies of the *Complaint* were served via certified mail, return receipt requested upon the following on April 11, 2005 and April 12, 2005:

Oatey Co.  
4700 W. 160th Street  
Cleveland, OH 41135

Dated: April 22, 2005

_____  
Sean J. Bellew (DE No. 4072)

WILM1\30127\1 138507.000

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OATEY CO.
4700 W. 160th ST.
ʼeveland, OH 41135

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) _Wraz Jackson_
C. Date of Delivery  4-11-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7003 3110 0003 6622 7588

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Oatey Co.
4700 W. 160th Street
Cleveland, OH 44135

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☒ Agent  ☐ Addressee

B. Received by (Printed Name) _Wrazi Jackson_
C. Date of Delivery  4-12-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7002 2410 0002 0690 5110

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540