UNITED STATES DISTRICT COURT
District of Delaware

| | |
|---|---|
| THE MONTGOMERY INSURANCE COMPANY, as subrogee of Charles and Barbara Montgomery,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>OATEY CO. and GEORGE SHERMAN CORPORATION,<br>　　　　　　　Defendants. | CASE NUMBER: 05-204 |

NOTICE OF VOLUNTARY DISMISSAL OF CIVIL ACTION

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Montgomery Insurance Company, as subrogee of Charles and Barbara Montgomery (the "Plaintiff") hereby voluntarily dismisses the Complaints in the above-captioned Civil Action. No responsive pleadings was filed in this Civil Action.

Dated: December 5, 2005

Of Counsel:
Daniel J. Luccaro, Esquire
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000

COZEN O'CONNOR

/s/ Sean J. Bellew
Sean J. Bellew, Esquire (I.D. No. 4072)
David A. Felice, Esquire (I.D. No. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2026

Attorneys for Plaintiff