**UNITED STATES DISTRICT COURT**
**District of Delaware**

| | | |
|---|---|---|
| THE MONTGOMERY INSURANCE COMPANY, as subrogee of Charles and Barbara Montgomery, | : : : | |
| Plaintiff, | : : | CASE NUMBER: <u>05-204</u> |
| v. | : : | |
| OATEY CO. and GEORGE SHERMAN CORPORATION, | : : | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

I, Sean J. Bellew, do hereby certify that on December 5, 2005, true and correct copies of the Notice of Dismissal were caused to be served upon the following:

Oatey Co.
4700 W. 160th Street
Cleveland, OH 41135

Dated: December 5, 2005     /s/ Sean J. Bellew
                             Sean J. Bellew  (DE No. 4072)

WILM1\32850\1 099994.000